# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Derl H. Honacher, : Case No. 3:09-cv-333

      Plaintiff, : District Judge Walter Herbert Rice
                                                        Magistrate Judge Michael R. Merz
  -vs- :

Robert Beightler, et al., :

      Defendant. :

**ORDER FOR SCREENING BY VOLUNTEER LAWYERS PROJECT**

This case is before the Court on Plaintiff's motion for appointment of counsel (Doc. #24 - titled "Motion For Case to Be Reviewed before Volunteer Lawyer Project).

Plaintiff commenced this action *in forma pauperis* under 28 U.S.C. §1983 which gives this Court discretion to request counsel to represent Plaintiff. However, Congress has never provided funds to compensate such counsel and the Court is without authority to compel attorneys to provide representation. *Mallard v. U.S. District Court of Iowa*, 490 U.S. 296, 109 S. Ct. 1814, 104 L. Ed. 2d 318 (1989). Therefore the Court is cooperating with the Volunteer Lawyers Project of the Dayton Bar Association (the "VLP") in attempting to find lawyers for qualified civil parties.

This case is hereby ORDERED referred to the VLP for screening for possible appointment of counsel. All further proceedings herein are STAYED pending the outcome of the screening process.

With a copy of this Order, a copy of the case file is being provided to the VLP.

January 11, 2010.

                                                                                                              s/ **Michael R. Merz**
                                                                                            United States Magistrate Judge