# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DERL H. HONACHER,

       Plaintiff,          :        Case No. 3:09-cv-333

                                   District Judge Timothy S. Black

   -vs-                         Magistrate Judge Michael R. Merz

                                 :

EXECUTIVE DIRECTOR ROBERT
 BEIGHTLER, et al.,

       Defendants.

## REPORT AND RECOMMENDATION

       This case is before the Court *sua sponte*.

       On June 29, 2010, at the time of the preliminary pretrial conference, the Court ordered that Plaintiff begin making payments toward the filing fee in this case of $10.00 per month with the first payment due not later than July 10, 2010. Plaintiff was expressly advised that failure to make the payments would result in dismissal of this case for want of prosecution. However, no payment has been received. The Magistrate Judge notes also that Plaintiff failed to participate in the preliminary pretrial conference and, according to Defendants' counsel at that conference, has failed to make the required disclosures under Fed. R. Civ. P. 26(a)(1).

       It is therefore respectfully recommended that this case be dismissed without prejudice for want of prosecution.

July 17, 2010.

                                                                     s/ **Michael R. Merz**
                                                           United States Magistrate Judge