# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

DERL H. HONACHER,

        Plaintiff,      :      Case No. 3:09-cv-333

  - vs -      :      District Judge Timothy S. Black
                                              Magistrate Judge Michael R. Merz

EXECUTIVE DIRECTOR ROBERT      :
BEIGHTLER, et al.

                                     :

        Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #34), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that the Complaint is dismissed without prejudice for want of prosecution.

August 10, 2010.

                                                     *Timothy S. Black*
                                                     Timothy S. Black
                                                     United States District Judge